UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-866 JMR/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELICIA BENNETT,<br><br>Defendant,<br><br>REM HENNEPIN,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

TO: Felicia Bennett, defendant at 5500 Douglas Drive, #220, Crystal, Minnesota 55429
REM Hennepin, garnishee at 1433 Utica Avenue South, Saint Louis Park, Minnesota 55416

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about February 2, 2004.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about February 17, 2004. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about February 27, 2004, the defendant was personally

served with notice of the right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Department of Justice" bi-weekly in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest and pursuant to 28 U.S.C. § 3011, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $48.00; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff bi-weekly as they become due and owing.

Dated: March 16, 2004

Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge