PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 24-JAN-2005 FOR: 2001Z00241/001 PAGE: 1 OF 2

DEBTOR: Bennett, Felicia

COURT NUMBER: 01-866 JMR/SRN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | WA | 02-APR-2001 | OT/J | DOE-top | | TOP | $545.46 | 25-MAY-2001 |
| 0013 | PMNT | WA | 02-JUN-2003 | OT/G | City of Lakes Care C | MN /3/166 | 387503 | $107.98 | 02-JUN-2003 |
| 0018 | PMNT | T | 25-MAR-2004 | GR/G | MENTOR NETWORK | MN /04/124 | 3001051 | $48.00 | 25-MAR-2004 |
| 0018 | PMNT | WA | 25-MAR-2004 | GR/G | MENTOR NETWORK | MN /04/124 | 3001051 | $371.55 | 25-MAR-2004 |
| 0019 | PMNT | WA | 25-MAR-2004 | GR/G | MENTOR NETWORK | MN /04/124 | 3001515 | $213.28 | 25-MAR-2004 |
| 0020 | PMNT | WA | 25-MAR-2004 | GR/G | MENTOR NETWORK | MN /04/124 | 3002094 | $229.19 | 25-MAR-2004 |
| 0021 | PMNT | WA | 26-MAR-2004 | GR/G | MENTOR NETWORK | MN /04/125 | 3002661 | $216.69 | 26-MAR-2004 |
| 0022 | PMNT | WA | 07-APR-2004 | GR/G | The MENTOR Network | MN /04/133 | 3003230 | $243.59 | 07-APR-2004 |
| 0023 | PMNT | WA | 22-APR-2004 | GR/G | Bennett | MN /04/144 | 3003851 | $200.77 | 22-APR-2004 |
| 0024 | PMNT | WA | 05-MAY-2004 | GR/G | MENTOR NETWORK | MN /04/153 | 3004471 | $223.30 | 05-MAY-2004 |
| 0025 | PMNT | WA | 20-MAY-2004 | GR/G | MENTOR NETWORK | MN /04/164 | 3004981 | $238.61 | 20-MAY-2004 |
| 0026 | PMNT | WA | 02-JUN-2004 | GR/G | Mentor Network | MN /04/171 | 3005507 | $220.74 | 02-JUN-2004 |
| 0027 | PMNT | WA | 17-JUN-2004 | GR/G | MENTOR NETWORK | MN /04/181 | 3006127 | $226.53 | 17-JUN-2004 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0028 | PMNT | WA | 01-JUL-2004 | GR/G | The Mentor Network | MN | /04/191 | 3006597 | $213.59 | 01-JUL-2004 |
| 0030 | PMNT | WA | 14-JUL-2004 | GR/G | The MENTOR Network | MN | /04/200 | 3007127 | $219.73 | 14-JUL-2004 |
| 0031 | PMNT | WA | 29-JUL-2004 | GR/G | The MENTOR Network | MN | /04/213 | 3007722 | $234.37 | 29-JUL-2004 |
| 0032 | PMNT | WA | 12-AUG-2004 | GR/G | The MENTOR Network | MN | /04/223 | 3008239 | $206.20 | 12-AUG-2004 |
| 0033 | PMNT | WA | 26-AUG-2004 | GR/G | MENTOR NETWORK | MN | /04/233 | 3008783 | $207.34 | 26-AUG-2004 |
| 0037 | PMNT | WA | 09-SEP-2004 | GR/G | MENTOR NETWORK | MN | /04/242 | 3009320 | $215.99 | 09-SEP-2004 |
| 0038 | PMNT | WA | 24-SEP-2004 | GR/G | MENTOR NETWORK | MN | /04/253 | 3009888 | $223.65 | 24-SEP-2004 |
| 0039 | PMNT | WA | 08-OCT-2004 | GR/G | MENTOR NETWORK | MN | /05/006 | 3010334 | $204.99 | 08-OCT-2004 |
| 0040 | PMNT | WA | 20-OCT-2004 | GR/G | MENTOR NETWORK | MN | /05/013 | 3010854 | $205.35 | 20-OCT-2004 |
| 0041 | PMNT | WA | 04-NOV-2004 | GR/G | MENTOR NETWORK | MN | /05/022 | 3011365 | $220.30 | 04-NOV-2004 |
| 0042 | PMNT | WA | 18-NOV-2004 | GR/G | The MENTOR Network | MN | /05/030 | 3011899 | $214.96 | 18-NOV-2004 |
| 0043 | PMNT | WA | 02-DEC-2004 | GR/G | MENTOR NETWORK | MN | /05/039 | 3012426 | $205.01 | 02-DEC-2004 |
| 0044 | PMNT | WA | 30-DEC-2004 | GR/G | MENTOR NETWORK | MN | /05/056 | 3013676 | $184.92 | 30-DEC-2004 |
| 0045 | PMNT | WA | 12-JAN-2005 | GR/G | Mentor Network | MN | /05/064 | 3014102 | $182.86 | 12-JAN-2005 |

Total Payments for Debtor: $6,024.95